UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BARRY R. SHARER, CPA
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountants to the Chapter 7 Trustee

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DRASHER, TIMOTHY

Case No.: 19-15772

Chapter: 7

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: July 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Sharer Petree Brotz & Snyder___

as ___Accountant to the Chapter 7 Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 
   1103 Laurel Oak Road
   Suite 105B
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Timothy C. Drasher  
    Debtor

Case No. 19-15772-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 25, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db            +Timothy C. Drasher,    239 Hiering Avenue,    Seaside Heights, NJ 08751-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
       Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,  
        BSharer@SharerPBS.com;nj83@ecfcbis.com  
       Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com  
       Edward L. Paul    on behalf of Trustee Barry R. Sharer elp@paulandkatzlaw.com,  
        jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com  
       Guillermo Gonzalez    on behalf of Debtor Timothy C. Drasher ggonzalez@scuramealey.com,  
        ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com  
       Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                       TOTAL: 6