Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−15772−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy C. Drasher
   239 Hiering Avenue
   Seaside Heights, NJ 08751

Social Security No.:
   xxx−xx−6658

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       9/5/19
Time:        02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Edward L. Paul, Trustee's Attorney

COMMISSION OR FEES
fee: $5083.75

EXPENSES
$100.87

---

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-15772-KCF
Timothy C. Drasher                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 07, 2019
                             Form ID: 137          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db            +Timothy C. Drasher,   239 Hiering Avenue,   Seaside Heights, NJ 08751-1703
acc           +Sharer Petree Brotz & Snyder,   1103 Laurel Oak Road,   Suite 105B,   Voorhees, NJ 08043-4376
r             +William Boswell,   Keller Williams Prosperity,   1700 Route 23 N,   Wayne, NJ 07470-7536
518133965     +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
518275992      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
518133964     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518133968     +Ccs/bryant State Bank,   Attn: Bankruptcy,   Po Box 215,   Bryant, SD 57221-0215
518237254     +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
518133970     +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518316263     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
518133971     +Citibank/Sears,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518133972     +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
               Saint Louis, MO 63179-0040
518133974     +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
               Cleveland, OH 44181-0315
518133975     +Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
518133976     +Eastern Account System, Inc.,   Po Box 837,   Newtown, CT 06470-0837
518133977     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
518133982     +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
518133984     +Rubin & Rothman, LLC,   David Kowalenko, Esq.,   1787 Veterans Highway,   Suite 32,
               Islandia, NY 11749-1500
518133987     +Schachter Portnoy, LLC,   3490 US Route 1, Ste. 6,   Princeton, NJ 08540-5920
518133989     +Summit Medical Group,   Attn: Business Office Admin,   150 Floral Ave.,
               New Providence, NJ 07974-1557
518133992     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
518133994     ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
               Greenville, SC 29606)
518293603      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
518291723      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
518133995     +Wells Fargo Jewelry Advantage,   Attn: Bankruptcy,   Po Box 71118,   Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518133966     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 00:06:38   Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518133967     +E-mail/Text: bankruptcy@cavps.com Aug 08 2019 00:04:46   Cavalry SPV I, LLC,
               500 Summit Lake Drive,   Valhalla, NY 10595-1340
518133969     +E-mail/Text: bankruptcy@certifiedcollection.com Aug 08 2019 00:04:17
               Certified Credit & Collection Bureau,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
518133973      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:08   Comenitybank/jared,
               Attn: Bankruptcy Dept,   Po Box 18215,   Columbus, OH 43218
518133979     +E-mail/Text: Bankruptcy@homebridge.com Aug 08 2019 00:05:13   Homebridge Financial I,
               112 Townpark Dr Nw Ste 3,   Kennesaw, GA 30144-3754
518133981     +E-mail/Text: bk@lendingclub.com Aug 08 2019 00:04:53   Lending Club Corp,   71 Stevenson St,
               Suite 300,   San Francisco, CA 94105-2985
518133983      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 00:06:03
               Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
518315991      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 00:06:03
               Portfolio Recovery Associates, LLC,   c/o Jared The Galleria Of Jewelry,   POB 41067,
               Norfolk VA 23541
518315989      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 00:07:27
               Portfolio Recovery Associates, LLC,   c/o Sears,   POB 41067,   Norfolk VA 23541
518294280     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 00:06:08   PYOD, LLC,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
518133985      E-mail/Text: rwjebn@rwjbh.org Aug 08 2019 00:05:13   RWJUH - Somerset,   PO Box 48026,
               Newark, NJ 07101-4826
518133986     +E-mail/Text: bankruptcy@savit.com Aug 08 2019 00:05:15   Savit Coll,   Po Box 250,
               East Brunswick, NJ 08816-0250
518133988     +E-mail/Text: clientservices@simonsagency.com Aug 08 2019 00:05:06   Simons Agency, Inc.,
               Attn: Bankruptcy,   4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
518135381     +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:06:27   Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518133990     +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:06:27   Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Aug 07, 2019
                              Form ID: 137          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518133991      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:07:11      Synchrony Bank/PC Richard,
                Attn: Bankruptcy Dept,  Po Box 965060,  Orlando, FL 32896-5060
518133993      +E-mail/Text: vci.bkcy@vwcredit.com Aug 08 2019 00:04:37      Volkswagen Credit, Inc,  Po Box 3,
                Hillsboro, OR 97123-0003
                                                                          TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518133980      Landlord
518133978     ##+Gem Recovery Systems,   99 Kinderkamack Road #308,   Westwood, NJ 07675-3021
                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
```
              Barry R. Sharer   on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Edward L. Paul   on behalf of Trustee Barry R. Sharer elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Guillermo Gonzalez   on behalf of Debtor Timothy C. Drasher ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Kevin Gordon McDonald   on behalf of Creditor   HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 6
```