| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Edward L. Paul, Esquire (EP8529)<br>Paul & Katz, P.C.<br>1103 Laurel Oak Road, Suite 105C<br>Voorhees, New Jersey 08043<br>(856) 435-6565<br>Attorneys for Trustee, Barry Sharer | Order Filed on September 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>TIMOTHY C. DRASHER | Case No.: 19-15772<br>Hearing Date: September 5, 2019<br>Judge: FERGUSON<br>Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 6, 2019

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Paul & Katz, P.C. | $5,083.75 | $100.87 |

*rev.8/1/15*