Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–15772–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Timothy C. Drasher
  239 Hiering Avenue
  Seaside Heights, NJ 08751

Social Security No.:
  xxx–xx–6658

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: May 28, 2020
TIME: 02:30 PM
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $78,295.08
TOTAL DISBURSEMENTS:   $43,395.42
BALANCE ON HAND:       $34,899.66

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Barry Sharer, Trustee

COMMISSION OR FEES
$5,981.00

EXPENSES
$16.35

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: April 7, 2020
JAN: mrg

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-15772-KCF
Timothy C. Drasher                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 07, 2020
                              Form ID: 192             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
```
db         +Timothy C. Drasher,    239 Hiering Avenue,    Seaside Heights, NJ 08751-1703
acc        +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,   Suite 105B,    Voorhees, NJ 08043-4376
r          +William Boswell,    Keller Williams Prosperity,    1700 Route 23 N,    Wayne, NJ 07470-7536
518133965  +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
518275992   American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
518133964  +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518133968  +Ccs/bryant State Bank,    Attn: Bankruptcy,    Po Box 215,    Bryant, SD 57221-0215
518237254  +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518316263  +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
518133971  +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518133972  +Citicards,   Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
             Saint Louis, MO 63179-0040
518133974  +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
             Cleveland, OH 44181-0315
518133975  +Ctech Coll,    5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
518133976  +Eastern Account System, Inc.,    Po Box 837,    Newtown, CT 06470-0837
518133977  +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
518133982  +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
518133984  +Rubin & Rothman, LLC,    David Kowalenko, Esq.,    1787 Veterans Highway,    Suite 32,
             Islandia, NY 11749-1500
518133987  +Schachter Portnoy, LLC,    3490 US Route 1, Ste. 6,    Princeton, NJ 08540-5920
518133989  +Summit Medical Group,    Attn: Business Office Admin,    150 Floral Ave.,
             New Providence, NJ 07974-1557
518133992 ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
518133994 ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
            (address filed with court:  Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
             Greenville, SC 29606)
518293603   Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
518291723   Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
518133995  +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 71118,    Charlotte, NC 28272-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 23:18:23      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 23:18:20      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518133966  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 23:15:14      Capital One,
             Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518133967  +E-mail/Text: bankruptcy@cavps.com Apr 07 2020 23:18:30      Cavalry SPV I, LLC,
             500 Summit Lake Drive,    Valhalla, NY 10595-1340
518133969  +E-mail/Text: bankruptcy@certifiedcollection.com Apr 07 2020 23:18:13
             Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518133973   E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 23:18:02      Comenitybank/jared,
             Attn:  Bankruptcy Dept,    Po Box 18215,   Columbus, OH 43218
518133979  +E-mail/Text: Bankruptcy@homebridge.com Apr 07 2020 23:18:48      Homebridge Financial I,
             112 Townpark Dr Nw Ste 3,    Kennesaw, GA 30144-3754
518133970   E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 23:14:41      Chase Card Services,
             Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850
518133981  +E-mail/Text: bk@lendingclub.com Apr 07 2020 23:18:36      Lending Club Corp,    71 Stevenson St,
             Suite 300,   San Francisco, CA 94105-2985
518133983   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 23:15:18
             Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
518315991   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 23:15:18
             Portfolio Recovery Associates, LLC,    c/o Jared The Galleria Of Jewelry,    POB 41067,
             Norfolk VA 23541
518315989   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 23:15:57
             Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,   Norfolk VA 23541
518294280  +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 23:28:09      PYOD, LLC,
             Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
518133985   E-mail/Text: rwjebn@rwjbh.org Apr 07 2020 23:18:48      RWJUH - Somerset,    PO Box 48026,
             Newark, NJ 07101-4826
518133986  +E-mail/Text: bankruptcy@savit.com Apr 07 2020 23:18:49      Savit Coll,    Po Box 250,
             East Brunswick, NJ 08816-0250
518133987  +E-mail/Text: bk-notification@sps-law.com Apr 07 2020 23:17:40      Schachter Portnoy, LLC,
             3490 US Route 1, Ste. 6,    Princeton, NJ 08540-5920
518133988  +E-mail/Text: clientservices@simonsagency.com Apr 07 2020 23:18:43      Simons Agency, Inc.,
             Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
518135381  +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:15:41      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 07, 2020
                              Form ID: 192             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518133990     +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:15:42      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518133991     +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:15:06      Synchrony Bank/PC Richard,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518133993     +E-mail/Text: vci.bkcy@vwcredit.com Apr 07 2020 23:18:27      Volkswagen Credit, Inc,    Po Box 3,
               Hillsboro, OR 97123-0003
                                                                                             TOTAL: 21

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518133980          Landlord
518133978     ##+Gem Recovery Systems,    99 Kinderkamack Road #308,    Westwood, NJ 07675-3021
                                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Trustee Barry R. Sharer elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Guillermo Gonzalez    on behalf of Debtor Timothy C. Drasher ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```