**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
Guillermo J. Gonzalez, Esq.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
gonzalez@scura.com
*Counsel for Debtor*

In Re:

**Timothy C. Drasher**,

              Debtor.

Case No.: 19-15772-KCF

Chapter 7

Hearing Date: June 9, 2020 at 10:00am

Judge: Hon. Kathryn C. Ferguson

## ORDER VOIDING LEASE ASSUMPTION AGREEMENT AND DECLARING DEBT DISCHARGED

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

| | |
|---|---|
| Debtor: | Timothy C. Drasher |
| Case No.: | 19-15722-MBK |
| Caption of Order: | ORDER VOIDING LEASE ASSUMPTION AGREEMENT AND DECLARING DEBT DISCHARGED |

This matter having been brought to this Court on motion by Timothy C. Drasher (the "Debtor"), by and through his counsel, seeking an Order Voiding the Lease Assumption Agreement and Declaring the Debt Discharged held by Toyota Motor Credit Corporation; and the Court having considered the papers and arguments of counsel in support, and in opposition, if any, and good cause shown;

**ACCORDINGLY, IT IS HEREBY**

**ORDERED** that the Lease Assumption agreement entered into by Debtor Timothy C. Drasher and Toyota Motor Credit Corporation is hereby declared void; and

**ORDERED** that the debt owed Toyota Motor Credit Corporation by Debtor Timothy C. Drasher is hereby declared discharged.

2