| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, TRUSTEE<br>**SHARER PETREE BROTZ & SNYDER**<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856) 435-3200<br>Chapter 7 Trustee | **Order Filed on May 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DRASHER, TIMOTHY C. | Case No.: 19-15772<br><br>Hearing Date:<br><br>Judge: KATHRYN C. FERGUSON |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: May 28, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: DRASHER, TIMOTHY C.

Case No: 19-15772

Caption of Order:  ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Barry R. Sharer<br>Chapter 7 Trustee | $5,981.00 | $16.35 |