UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY R. SHARER, TRUSTEE
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856) 435-3200
Chapter 7 Trustee

Order Filed on May 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DRASHER, TIMOTHY C.

Case No.: 19-15772

Hearing Date:

Judge: KATHRYN C. FERGUSON

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is
Hereby **ORDERED**.

**DATED: May 28, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: DRASHER, TIMOTHY C.

Case No: 19-15772

Caption of Order:  ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Barry R. Sharer<br>Chapter 7 Trustee | $5,981.00 | $16.35 |

United States Bankruptcy Court
District of New Jersey

In re:  
Timothy C. Drasher  
    Debtor

Case No. 19-15772-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 29, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.  
db          #+Timothy C. Drasher,    239 Hiering Avenue,    Seaside Heights, NJ 08751-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:

       Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
       Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Edward L. Paul    on behalf of Trustee Barry R. Sharer elp@paulandkatzlaw.com, jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com  
       Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust bk@stewartlegalgroup.com  
       Guillermo Gonzalez    on behalf of Debtor Timothy C. Drasher ggonzalez@scura.com, ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                   TOTAL: 9