**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
Guillermo J. Gonzalez, Esq.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
gonzalez@scura.com
*Counsel for Debtor*

Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**TIMOTHY C. DRASHER**,

                Debtor.

Case No.: 19-15772-KCF

Chapter 7

Hearing Date: June 9, 2020 at 10:00am

Judge: Hon. Kathryn C. Ferguson

**ORDER VOIDING LEASE ASSUMPTION AGREEMENT AND
DECLARING DEBT DISCHARGED**

    The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: June 9, 2020**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Timothy C. Drasher
Case No.: 19-15722-MBK
Caption of Order: ORDER VOIDING LEASE ASSUMPTION AGREEMENT AND DECLARING DEBT DISCHARGED

This matter having been brought to this Court on motion by Timothy C. Drasher (the "Debtor"), by and through his counsel, seeking an Order Voiding the Lease Assumption Agreement and Declaring the Debt Discharged held by Toyota Motor Credit Corporation; and the Court having considered the papers and arguments of counsel in support, and in opposition, if any, and good cause shown;

**ACCORDINGLY, IT IS HEREBY**

**ORDERED** that the Lease Assumption agreement entered into by Debtor Timothy C. Drasher and Toyota Motor Credit Corporation is hereby declared void; and

**ORDERED** that the debt owed Toyota Motor Credit Corporation by Debtor Timothy C. Drasher is hereby declared discharged.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-15772-KCF
Timothy C. Drasher                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 10, 2020
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db             #+Timothy C. Drasher,    239 Hiering Avenue,    Seaside Heights, NJ 08751-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Trustee Barry R. Sharer elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for Toyota
               Lease Trust bk@stewartlegalgroup.com
              Guillermo Gonzalez    on behalf of Debtor Timothy C. Drasher ggonzalez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcas
               e.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9